No. 601. MIDLAND VALLEY RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* MRS. MAUDE GRIFFITH, ADMINIS-

TRATRIX, ETC. In error to the Supreme Court of the State of Kansas. Motion to dismiss or affirm and for damages submitted December 10, 1917. Decided December 17, 1917. *Per Curiam.* Dismissed for want of jurisdiction with five per cent. damages, upon the authority of § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, 39 Stat. 726; *Prairie Oil & Gas Co.* v. *Carter*, 244 U. S. 646. (Petition for a writ of certiorari denied October 15, 1917, *infra*, 653.) *Mr. L. T. Michener* for plaintiff in error. *Mr. W. L. Cunningham* and *Mr. C. T. Atkinson* for defendant in error.